IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
TEXARKANA DIVISION

CHRISANNE CHRISTENSEN                      PLAINTIFF

vs.                  CASE NO. 4:08-cv-4081-JLH

ACXIOM INFORMATION SECURITY
SERVICES, INC., and PER MAR, INC.
a/k/a PER MAR SECURITY AND
RESEARCH CORP. d/b/a PER MAR
CONSULTING AND INVESTIGATIONS
GROUP                                                  DEFENDANTS

### AISS' AMENDED/SUPPLEMENTAL
### TO MOTION FOR SUMMARY JUDGMENT

Separate Defendant Acxiom Information Security Services, Inc. (AISS), by and through its attorneys, Rose Law Firm, a Professional Association, and for its Amended/Supplemental Motion for Summary Judgment, states as follows:

1. On September 15, 2008, Plaintiff, Chrisanne Christensen ("Christensen" or "Plaintiff"), filed a complaint against AISS alleging negligence, defamation, invasion of privacy, breach of contract/third party beneficiary, breach of contract, and violations of Sections 1681e[b] and 1681k of the Fair Credit Reporting Act ("FCRA").

2. All of Christensen's claims arise from her allegation that she suffered damages when AISS produced an erroneous criminal background report to Christensen's prospective employer, Mount Mercy College ("Mount Mercy").

3. AISS now files its motion for summary judgment pursuant to Rule 56 of the Federal Rules of Civil Procedure.

4. AISS is entitled to summary judgment pursuant to Rule 56 of the Federal Rules of Civil Procedure, as Christensen has failed to establish a violation of Sections 1681e(b) and 1681k of the Fair Credit Reporting Act ("FCRA").

5. AISS is entitled to summary judgment with regard to Christensen's state tort claims (invasion of privacy, defamation, negligence) because (1) the FCRA preempts such claims; and (2) even if these claims were not preempted, Christensen cannot establish the required elements to establish her claims.

6. AISS is entitled to summary judgment with regard to Christensen's contract claims because she cannot establish that a contract existed between her and AISS or between AISS and Mount Mercy.

7. There are no genuine issues of material fact and AISS is entitled to summary judgment as a matter of law.

8. Attached to this motion are the following exhibits:

    (1) Description of AISS Services, attached as Exhibit 1;

    (2) Excerpts from Deposition of Curt Schwall, attached as Exhibit 2;

    (3) Acxiom Reseller Service Agreement, attached as Exhibit 3;

    (4) Christensen's May 31, 2008 email to Robert Kreiser, attached as Exhibit 4;

    (5) May 13, 2008 Email from Jepson to Christensen, attached as Exhibit 5;

    (6) Excerpts from Deposition of Patrick Jepson, attached as Exhibit 6;

    (7) Christensen's Responses to AISS' Requests for Admission, attached as Exhibit 7;

    (8) Excerpts from Deposition of Jeannine Payne, attached as Exhibit 8;

    (9) Appointment Confirmation Memo, attached as Exhibit 9;

(10)   Excerpts from Deposition of Christensen, Volume I, attached as Exhibit 10;

(11)   Mount Mercy College Pre-Notification of Background Inquiry, attached as Exhibit 11;

(12)   Plaintiff's Answers to Per Mar's s Interrogatories and RFP, attached as Exhibit 12;

(13)   May 12, 2008 Email from Per Mar to Jepson, attached as Exhibit 13;

(14)   Excerpts from Deposition of Lisa Yarham, attached as Ex. 14;

(15)   Excerpts from Deposition of Christensen, Volume II, attached as Exhibit 15;

(16)   May 12, 2008 Email from Jepson to Christensen, attached as Exhibit 16;

(17)   May 13, 2008 Email from Jepson to Christensen, attached as Exhibit 17;

(18)   May 13, 2008 Email from Christensen to Yarham, attached as Exhibit 18;

(19)   May 14, 2008 Email from Per Mar to AISS, attached as Exhibit 19;

(20)   May 14, 2008 Email from Per Mar to Christensen, attached as Exhibit 20;

(21)   May 14, 2008 Email from Judy Tetzlaf to Jeannine Payne, attached as Exhibit 21;

(22)   May 14, 2008 Amended Background Report, attached as Exhibit 22;

(23)   May 15, 2008 Letter from AISS to Christensen, attached as Exhibit 23;

(24)   May 15, 2008 Email from Jepson to Christensen, attached as Exhibit 24;

(25)   Excerpts from Deposition of Dr. Christopher Blake, attached as Exhibit 25;

3

(26) Excerpts from Deposition of Dr. John Marsden, attached as Exhibit 26;

(27) May 19, 2008 Letter from Mount Mercy to Christensen, attached as Exhibit 27;

(28) Excerpts from Deposition of Jan Duke, attached as Exhibit 28;

(29) Excerpts from Deposition of Ben Johnson, attached as Exhibit 29;

(30) Excerpts from Deposition of John Novosad, attached as Exhibit 30;

(31) Affidavit of Curt Schwall, attached as Exhibit 31;

(32) Excerpts from Deposition of Judge William R. Mitchell, attached as Exhibit 32;

(33) Telephone Records of Tony Noar, attached as Exhibit 33;

(34) Acxiom Searcher Operations Manuals (current and past), attached as Exhibit 34;

(35) Notice to Furnishers of Information: Obligations of Furnishers under the FCRA, attached as Exhibit 35;

(36) Excerpts from Deposition of Ramona Batts, attached as Exhibit 36;

(37) Signature Page of Batts Contract with AISS, attached as Exhibit 37; and

(38) Batts' Acknowledgement of Receipt of Searcher Operations Manual, attached as Exhibit 38.

9. AISS' brief in support of its motion for summary judgment is hereby incorporated by reference.

10. AISS files simultaneously herewith its Statement of Undisputed Facts.

WHEREFORE, AISS respectfully requests that this Court grant its motion for summary judgment, and dismiss in their entirety and with prejudice the claims made against it by Christensen.

Respectfully submitted,

ROSE LAW FIRM
A Professional Association
120 East Fourth Street
Little Rock, Arkansas 72201
Telephone: (501) 375-9131
Facsimile: (501) 375-1309
astewart@roselawfirm.com

**ATTORNEYS FOR AISS**

By:  /s/ Amy Lee Stewart
     Arkansas Bar No. 88167

### CERTIFICATE OF SERVICE

    I, Amy Lee Stewart, do hereby certify that on July 7, 2009, I electronically filed the foregoing document entitled AISS' AMENDED/SUPPLEMENTAL MOTION FOR SUMMARY JUDGMENT with the Clerk of Court, via the CM/ECF system, which shall send notification of such filing to the following:

David A. Szwak
Bodenheimer, Jones & Szwak
509 Market St., Suite 730
United Mercantile Bank Building
Shreveport, LA  71101
Telephone:  (318) 424-1400
Facsimile:   (318) 221-6555

Randy P. Murphy
Anderson, Murphy & Hopkins, L.L.P
400 W. Capitol Ave., Ste. 2470
Little Rock, AR 72201
Telephone:  (501) 372-1887
Facsimile:   (501) 372-7706

   /s/ Amy Lee Stewart
   Amy Lee Stewart